IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFIQ AHMAD | : |
| vs. | : |
| NATIONWIDE INSURANCE COMPANY | : NO. 2:14-cv-06820 |

FILED
JAN 28 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION AND AGREEMENT

WHEREAS, plaintiff has instituted the above action by filing a Complaint on November 4, 2014, against defendant;

WHEREAS, plaintiff asserts claims for breach of contract and for bad faith pursuant to 42 Pa. C.S.A. Sec. 8371 and seeks damages in an amount not in excess of $50,000 as to each count of the complaint;

WHEREAS, on December 2, 2014 defendant timely removed the action to the United States District Court for the Eastern District of Pennsylvania;

WHEREAS, since removal of said action, the parties have agreed to entered into a stipulation that plaintiff's recovery in this case, inclusive of all counts of the complaint, cannot exceed the sum of seventy-five thousand dollars ($75,000.00) inclusive of attorney's fees but exclusive of interest and costs and any award, verdict or judgment entered in this matter shall be molded accordingly.

Now, therefore, this _____ day of _January_ , 2015, in exchange for the following and other good and valuable consideration, the parties to this lawsuit agree as follows:

1. Plaintiff's recovery in this case, inclusive of all counts of the complaint, shall not exceed the sum of seventy-five thousand dollars ($75,000.00) inclusive of attorney's fees but exclusive of interest and costs and any award, verdict or judgment entered in this matter shall be molded accordingly.

2. Counsel for the plaintiff and counsel for the defendant heretofore STIPULATE AND AGREE that this matter be remanded back to the Philadelphia County Court of Common Pleas for all further proceedings.

By: _____
SCOTT R. GALLANT, ESQUIRE
Attorney for Plaintiff

By: _____
LILY K. HUFFMAN, ESQUIRE
Attorney for Defendant,
Nationwide Insurance Company

**APPROVED:**

_____
DuBOIS, JAN E., J.
1/26/15